

Michael R. Wood, Partner
mike@cw.legal

June 1, 2022

<u>VIA ECF</u>

Honorable Michael A. Hammer
United States District Court
District of New Jersey
50 Walnut Street
Newark, NJ 07102

  Re: *Cixi Beisen Tourist Products Co., Ltd. v. Jest Textiles, Inc.,*
     *No. 20-cv-20552*

Dear Judge Hammer:

  This firm represents plaintiff Cixi Beisen Tourist Products Co., Ltd. d/b/a North Forest ("<u>North Forest</u>") in the above-captioned matter. We write to advise the Court of the status of settlement negotiations.

  North Forest is reviewing the materials furnished by Jest Textiles, Inc. ("Jest") before our most recent conference, and the parties intend to schedule a subsequent discussion session regarding that information. Due to difficulties scheduling that session with North Forest's representatives in China, it has not yet occurred.

  The parties respectfully request that they be permitted to further update the court of the status of their discussions by June 15, 2022.

  We thank the Court for its time in connection with these ongoing settlement discussions.

Respectfully submitted,

/s/ Michael R. Wood

Michael R. Wood

cc: Philip L. Guarino, Esq.