Michael R. Wood, Partner<br>
mike@cw.legal

June 30, 2022

<u>V<small>IA</small> ECF</u>

Honorable Michael A. Hammer
United States District Court
District of New Jersey
50 Walnut Street
Newark, NJ 07102

    Re:   *Cixi Beisen Tourist Products Co., Ltd. v. Jest Textiles, Inc.*,
             *No. 20-cv-20552*

Dear Judge Hammer:

    This firm represents plaintiff Cixi Beisen Tourist Products Co., Ltd. d/b/a North Forest ("North Forest") in the above-captioned matter. I write to advise the Court of the status of settlement negotiations.

    Unfortunately, despite numerous efforts, North Forest has not responded to my communications since my June 15, 2022 status letter. Accordingly, I intend to seek to be relieved as counsel.

    I thank the Court for its time in connection with these ongoing settlement discussions.

                                                    Respectfully submitted,

                                                    Michael R. Wood

cc:    Philip L. Guarino, Esq.