UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| **CIXI BEISEN TOURIST PRODUCTS CO., LTD.,** | : : : | Civil Action No. 20-20552 (MCA) (MAH) |
| Plaintiff, | : : | |
| v. | : : | ORDER |
| **JEST TEXTILES, INC.,** | : : : | |
| Defendant. | : : : | |

**THIS MATTER** having come before the Court for a telephone status conference held on the record on September 13, 2022, to address Mr. Wood's June 30, 2022 letter [D.E. 31] advising the Court that he intended to withdraw as counsel for Plaintiff, Cixi Biesen Tourist Products d/b/a North Forest, due to a lack of communication by the Plaintiff or its representative;

and the Court having ordered a representative of Plaintiff Cixi Biesen Tourist Products d/b/a North Forest to appear for the September 13, 2022 conference, by Order filed on July 6, 2022 [D.E. 32];

and no representative for Plaintiff having appeared before the Court on September 13, 2022;

and Defendant having no objection to Plaintiff's counsel's motion to withdraw;

and for good cause shown:

**IT IS** on this 13th day of September 2022,

**ORDERED THAT:**

1. Plaintiff's counsel shall submit, by **September 20, 2022**, a brief or letter memorandum in support of his application to withdraw as counsel for Plaintiff in this matter. Plaintiff's counsel shall transmit a copy of the application to the appropriate representative of Plaintiff on that date, via email and commercial delivery, and shall so certify the service of the application on an appropriate representative of Plaintiff.

2. On or before **September 30, 2022**, Plaintiff, Cixi Biesen Tourist Products d/b/a North Forest, or its appropriate representative, shall file any opposition or response to the application. **Plaintiff Cixi Biesen Tourist Products d/b/a North Forest is specifically advised that if the Court receives no opposition or response from**

**Plaintiff to counsel's motion to withdraw by September 30, 2022, the Court will consider the application to be unopposed.**

*s/ Michael A. Hammer*
**Hon. Michael A. Hammer
United States Magistrate Judge**