# GUARINO & CO.
## LAW FIRM, LLC

*Please direct all mail to our Main Office*

|  |  | Of Counsel: |
|---|---|---|
| **Philip L. Guarino, Esq. (NJ Bar)** | **Main Office** | **Charles D. Hellman, Esq.** |
| Direct: 973/272-4147 | 300 Main Street, Suite 552 | Direct: 203/722-0297 |
| Fax: 973/528-0635 | Madison, NJ 07940 | Fax: 646/417-7220 |
| E-mail: guarinolaw@gmail.com | 973/348-6008 | E-mail: cdh@hellmanlaw.org |

| **Rochelle Park** | **New York** | **France** |
|---|---|---|
| 365 W. Passaic Street, Suite 275 | 535 Fifth Avenue, 4th Fl. | 20, Rue de la Fontaine |
| Rochelle Park, NJ 07662 | New York, NY 10017 | 29740 Lesconil, France |

January 30, 2023

Hon. Michael Hammer
United States District Court
District of New Jersey
Newark, New Jersey

        Re: ***Cixi Beisen Tourist Products Co., Ltd. v. Jest Textiles, Inc.***
           **Civil Action No. 20-CV-20552**

Dear Judge Hammer:

On October 12, 2022, the Court granted Mr. Wood's motion to be relieved as counsel for plaintiff, and the Court Ordered that by December 12, 2022 either new counsel would have to appear to represent plaintiff, or plaintiff would have to file a letter with the Court. Neither was done.

Plaintiff, a corporation, has been unrepresented by counsel since October 12, 2022, and has failed to abide by the directions of the Court. Accordingly, we respectfully submit that this matter should be dismissed with prejudice for lack of prosecution. In any event, the complaint should be dismissed because plaintiff remains unrepresented by counsel, and cannot prosecute this matter *pro se* given that it is a corporation.

Respectfully,

S/<u>Phil Guarino</u>

1